UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMAL J ELLIS,<br><br>            Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS et al.,<br><br>            Defendant. | CASE NO. 3:15-CV-05420-BHS-DWC<br><br>ORDER TO SHOW CAUSE |

      The Clerk's Office has attempted to serve Defendant Barbara Brannen by mail. Dkts. 9, 14. However, a return of service sent to Defendant Brannen was returned to the Court marked "RTS [return to sender]. Not here. Not in Outlook." Dkt. 14.

      On December 16, 2015, the Court ordered Plaintiff to provide the complete service address for unserved Defendant Brannen by January 19, 2016. Dkt. 22. To date, Plaintiff has failed to file a service address for Defendant Brannen and failed to comply with the Court's order.

ORDER TO SHOW CAUSE - 1

1  The Court orders Plaintiff to show cause why this action should not be dismissed against
2  unserved Defendant Brannen without prejudice for failure to prosecute and failure to comply
3  with a court order. If Plaintiff does not have a response to this order filed by February 28, 2016,[1]
4  the undersigned will recommend dismissal of this action against the unserved Defendant.

5  Dated this 25th day of January, 2016.

David W. Christel
United States Magistrate Judge

---

[1] This action was filed October 28, 2015 and plaintiff has until February 28, 2016 to provide the Court with service addresses. *See* Fed. R. Civ. P. 4(m)(120 days to perfect service).